THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. BURKE, Respondent, *v.* IROQUOIS NATURAL GAS COMPANY, Appellant.

*Public service corporations — inadequacy of supply no excuse for refusal of natural gas company to connect additional dwellings with its mains.*

*People ex rel. Burke* v. *Iroquois Nat. Gas Co.*, 189 App. Div. 545, affirmed.

(Argued June 2, 1920; decided July 7, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 9, 1919, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to furnish and install service connections from its pipes to certain premises of the relator and to furnish natural gas thereto. Defendant contended that its supply was inadequate to warrant its taking on new consumers. The Appellate Division held that while discrimination in the use of gas might be permissible, discrimination between individuals was not. "All should be treated alike; equality of right requires equality of service."

*Daniel J. Kenefick* for appellant.

*Henry W. Killeen* and *M. W. Weimar* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.